RESNICK and O'DONNELL, JJ., dissent.

The conflict case is *State v. Larsen* (Mar. 22, 1995), Medina App. No. 2363–M, 1995 WL 125577.

Sua sponte, cause consolidated with 2006–0022, *State v. Palmer,* Portage App. No. 2004–P–0106, 2005-Ohio-6710.

**2006–0372.   State v. Stone.**
Hamilton App. No. C–040323, 2005-Ohio-5206. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LANZINGER, JJ., dissent.

**2006–0376.   State v. Hawkins.**
Hardin App. No. 6–05–12. On motion for leave to file delayed appeal. Motion denied.
LANZINGER, J., dissents.

**2006–0396.   State v. Troglin.**
Union App. No. 14–04–41, 2005-Ohio-6562. On motion for leave to file delayed appeal. Motion granted.
RESNICK, O'CONNOR and O'DONNELL, JJ., dissent.

**2006–0409.   State v. Smith.**
Cuyahoga App. No. 85616, 2005-Ohio-4702. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**2006–0436.   State v. Turner.**
Franklin App. No. 04AP–364, 2004-Ohio-6609. On motion for leave to file delayed appeal. Motion denied.

**2006–0498.   State Farm Mut. Auto v. Reid.**
Cuyahoga App. No. 87729. On motion for stay of court of appeals' judgment. Motion denied.
RESNICK, J., dissents.

**2006–0503.   In re Foster.**
Cuyahoga App. No. 85716, 2006-Ohio-88. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER, O'CONNOR and LANZINGER, JJ., dissent.

**2006–0515.   State v. Poling.**
Portage App. No. 2004–P–0044, 2006-Ohio-1008. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER, O'CONNOR and LANZINGER, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2005–2411.   Shaker Heights v. Mosely.**
Cuyahoga App. No. 85227, 2005-Ohio-5433.
RESNICK and PFEIFER, JJ., dissent.

**2005–2420.   State v. Batchili.**
Lucas App. No. L–04–1039, 2005-Ohio-6001.
PFEIFER, LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2005–2437.   Charles v. Mabe.**
Franklin App. No. 05AP–410, 2005-Ohio-6106. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2005–0272, *Fowee v. Wesley Hall, Inc.,* Hamilton App. No. C–040188, 2004-Ohio-7002; and briefing schedule stayed.
PFEIFER, J., dissents.

**2006–0015.   State v. Brooke.**
Lake App. No. 2004–L–088, 2005-Ohio-6161.
RESNICK and PFEIFER, JJ., dissent.